

U.S. Department of Justice

United States Attorney
Eastern District of New York

MEM:dtt
F. #2021R00393

610 Federal Plaza
Central Islip, New York 11722

February 13, 2024

By ECF

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Donald Finley
     23-CR-181 (JMA)

Dear Judge Azrack:

  The government, with the consent of defense counsel, respectfully requests that the defendant's sentencing be adjourned from March 6, 2024 at 3:00pm until April 11, 2023 at 12:30pm. The government further requests that the sentencing submission dates be adjusted accordingly. The government does not intend to request any further adjournments of the defendant's sentence.

           Respectfully submitted,

           BREON PEACE
           United States Attorney

      By:   /s
           Mark E. Misorek
           Assistant U.S. Attorney
           (631) 715-7874

Clerk of the Court (by Email and ECF)
Christopher Ferguson, Esq. (by Email and ECF)